UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HICHAM AZKOUR,

             Plaintiff,

      -against-

LITTLE REST TWELVE, INC. A/K/A LITTLE REST
TWELVETH, INC., NINA ZAJIC, DAVID KAY,
ABDERRAHMANE A/K/A PETER ELJASTIMI;

             Defendants.
------------------------------------------------------------X

ORDER

10 Civ. 4132 (RJS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A pretrial conference was scheduled for December 17, 2010. The order fixing the date and time for the conference was issued on December 9, 2010. Counsel to the defendant Little Rest Twelve, Inc. attended the conference; the plaintiff elected not to attend.

     For the reasons expressed in open court on December 17, 2010, IT IS HEREBY ORDERED that: 1) the plaintiff's motion to amend his complaint, Docket Entry No. 32, is granted; 2) the defendant Little Rest Twelve, Inc.'s motion to strike the plaintiff's computation of damages, Docket Entry No. 35, is denied; 3) the plaintiff's motion for a more definite statement, Docket Entry No. 38, is denied; and 4) the defendant Little Rest Twelve, Inc.'s application for the court to fix a date for the plaintiff's deposition is granted. The plaintiff will be deposed on December 22, 2010, at the United States Courthouse, 500 Pearl Street, New York, New York. Counsel to defendant Little Rest Twelve, Inc. shall notify the plaintiff expeditiously of the date, time and location for his deposition.

The plaintiff is advised that failure to comply with any court order may result in a sanction, including dismissal of the complaint.

Dated: New York, New York
December 21, 2010

SO ORDERED:

_/Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Hicham Azkour
Theodore A. Goldbergh, Esq.