HICHAM AZKOUR v. LITTLE REST TWELVE, INC., NINA ZAJIC, DAVID KAY,
and ABDERRAHMANE a/k/a PETER ELJASTIMI

<u>VERDICT FORM</u>

A.  <u>BACK PAY</u>

Plaintiff is seeking back pay from defendant for the period from February 10, 2010 through March 15, 2013. With respect to plaintiff's claim, please answer the following:

1. Did defendant prove by a preponderance of the evidence that plaintiff failed to make a reasonable effort to find suitable employment during this period?

   [ ]  Yes        [ ]  No

   If yes, skip to Question 3
   If no, proceed to Question 2

2. Did defendant prove by a preponderance of the evidence that during this period there was suitable work available to plaintiff for which he was qualified and that he did not make reasonable efforts to find it?

   [ ]  Yes        [ ]  No

3. Did defendant prove by a preponderance of the evidence that during some or all of the period in question plaintiff was not able to obtain and/or maintain full time employment because of mental illness?

   [ ]  Yes        [ ]  No

   If yes, proceed to Question 4
   If no, skip to Question 5

4. If your answer to Question 3 was yes, please set forth the period of time plaintiff was not able to obtain and/or maintain full time employment because of mental illness.

    [ ]    The entire period from February 10, 2010 through March 15, 2013

    [ ]    Some portion of the period from February 10, 2010 through March 15, 2013. If you check this box, please set forth the period of time between February 10, 2010 and March 15, 2013 that plaintiff was not able to obtain and/or maintain full time employment due to mental illness.

    Period _____ to _____

B.    PUNITIVE DAMAGES

Plaintiff is seeking an award of punitive damages against defendant based on its failure to pay wages due to him and his termination. With respect to plaintiff's claim, please answer the following:

5. Did plaintiff prove by clear and convincing evidence that he is entitled to an award of punitive damages against defendant?

    [ ]   Yes    [ ]   No

If yes, proceed to Question 6
If no, skip to signature line

6. What is the amount of punitive damages plaintiff is entitled to from defendant?

    $ _____

There are no more questions. Please have the Presiding Juror sign on the line below and let the Courtroom Deputy know you have reached a result.

Signed: _____
    Presiding Juror