UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-01-14
```

HICHAM AZKOUR,

                Plaintiff,

-v-

LITTLE REST TWELVE,

                Defendant.

No. 10-cv-4132 (RJS) (KNF)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is Plaintiff's request for leave to file a motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure. (Doc. No. 226.) Such a motion would be inappropriate before Defendant has had an opportunity to make its case. *See* Fed. R. Civ. P. 50(a)(1) ("If a party has been fully heard on an issue . . . ."). Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's motion is deemed made and DENIED without prejudice to renewal after Defendant has completed its case-in-chief.

SO ORDERED.

Dated:      June 30, 2014
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

Hicham.azkour@gmail.com