UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HICHAM AZKOUR,

                Plaintiff,

-v-

LITTLE REST TWELVE,

                Defendant.

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2014
```

No. 10-cv-4132 (RJS) (KNF)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court are (1) a letter from Plaintiff requesting the Court to file a transcript of the April 17, 2014 conference (Doc. No. 231); (2) Plaintiff's proposed pretrial order (Doc. No. 232); and (3) a letter from Defendant requesting that the Court (a) unseal records relating to Plaintiff's application for a guardian ad litem and (b) forbid Plaintiff from suing any witnesses in the upcoming trial without first seeking the Court's approval (Doc. No. 234).

    As to Plaintiff's proposed pretrial order, Plaintiff states that he intends to admit as evidence "all exhibits presented to the Court throughout the prosecution of this case." (Doc. No. 232 ¶ 9.) Such a broad description of exhibits is unhelpful to the Court and Defendant in determining whether Plaintiff's exhibits will be admissible. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall submit a more detailed list of exhibits no later than July 9, 2014. If Plaintiff fails to sufficiently describe his exhibits, the Court may preclude their admission.

    The Court also notes that Plaintiff states in his proposed pretrial order that the Court has forbidden him from presenting expert testimony. (Doc. No. 232 ¶ 4.) Plaintiff is mistaken. The Court has not forbidden any party from presenting expert testimony, and any party may present

expert testimony, assuming they have either complied with the applicable disclosure requirements, *see* Fed. R. Civ. P. 26(a)(2), or can show that any failure to satisfy those requirements has not prejudiced the opposing party.

As to Plaintiff's request for a transcript, transcript requests are handled by the Court Reporters Office, not by the Court. If Plaintiff would like a transcript, he should contact the Court Reporters Office, request a transcript, and pay the applicable fee. If Plaintiff needs assistance in navigating that process, he should contact the Pro Se Office. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's request is DENIED.

As to Defendant's request for the Court to unseal Plaintiff's guardian ad litem application, these documents relate to Plaintiff's private medical records. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall respond to Defendant's request no later than July 9, 2014.

As to Defendant's request for the Court to forbid Plaintiff from suing any witnesses in the upcoming trial without first seeking the Court's approval, the Court determines that Defendant has not yet made a sufficient showing that such relief is necessary or appropriate. Accordingly, IT IS HEREBY ORDERED THAT Defendant's request is DENIED, without prejudice to renewal. Defendant may renew his request, with citation to authority justifying such an order and providing an affidavit supporting the request, no later than July 9, 2014.

SO ORDERED.

Dated:   July 2, 2014
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2

<u>A copy of this Order has been sent to:</u>

Hicham.azkour@gmail.com

3