**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

July 16, 2014

**Via ECF**
Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

        Re: Azkour v. Little Rest Twelve, Inc., et al.
           Index No. 10 Civ. 4132 (RJS)(KNF)

Dear Judge Sullivan,

  As you know, we represent defendant in the above-captioned matter.

  We write to the Court regarding the five (5) separate motions and proposed jury instructions filed by plaintiff in the last two days. On May 28, 2014 Your Honor ordered that each party's Proposed Pretrial Order and all motions addressing any evidentiary or other issues be filed by **June 30, 2014** (Doc. No. 223).

  Defendant's recent motions mentioned above were filed on July 15 and July 16, 2014, two weeks *after* the deadline for the filing of such motions expired and a mere few days before trial is scheduled to commence. We respectfully submit that the recent motions and filings by plaintiff should be completely disregarded by the Court. It would be extremely unfair for defendant to have to respond to motions filed on the very eve of trial.

              Respectfully submitted,

              Andrew S. Hoffmann

cc: Hicham Azkour