**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

August 1, 2014

**Via Email: sullivannysdchambers@nysd.uscourts.gov**
Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

                      Re:    Azkour v. Little Rest Twelve, Inc., et al.
                              Index No. 10 Civ. 4132 (RJS)(KNF)

Dear Judge Sullivan,

      As you know, we represent defendant in the above-captioned matter.

      We write in response to plaintiff's request for entry of partial judgment in the amount of $16,572.78 (for FLSA and NYLL violations) awarded to him by this Court on March 26, 2014 (see Docket No. 187). Based on plaintiff's request and his personal needs, defendant does not oppose Mr. Azkour's request and is prepared to make immediate payment to him.

      However, we wish to remind Your Honor that Mr. Azkour was sanctioned by this Court on May 30, 2014 in the amount of $2,000, which was to be deducted from any judgment that plaintiff obtains in this case (see Docket No. 224). As such, in the event the Court grants plaintiff's request for entry of partial judgment, it should in fact be in the amount of $14,572.78 and *not* $16,572.78.

                                                    Respectfully submitted,

                                                      Andrew S. Hoffmann

cc:    Hicham Azkour