```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HICHAM AZKOUR,

                Plaintiff,

-against-

LITTLE REST TWELVE,
                Defendant.
------------------------------------------------------------X

10 **CIVIL** 4132 (RJS)

**JUDGMENT**

    Whereas on March 27, 2012, the Court having fully adopted the Report and Recommendation of the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, recommending that the Court enter partial summary judgment in favor of Plaintiff against Defendant on Plaintiff's Fair labor Standard Act ("FLSA") and New York Labor Law ("NYLL") wage and hour claims, NYLL damage claims; on March 26, 2014, the Court granted Plaintiff partial summary judgment on his damage claims, in the amount of $9,795.94 on his wage and hour claims and $6,776.84 on his related tips claim, for a total of $16,572.78; on June 2, 2014, the Court sanctioned Plaintiff $2,000 and stated that the sanction would be deducted from any judgment Plaintiff received in this case; now before the court is Plaintiff's request for the Court to enter judgment on the damages of his wages and hour claims and for his retained tips claim, Defendant having responded to the request and stated that it des not oppose an entry of judgment and is prepared to pay Plaintiff, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on August 4, 2014, having rendered its Order that a judgment of $14,572.78, equal to $16,572,78 minus $2000, is entered in Plaintiff's favor against Defendant, and that no later than August 25, 2014, Defendant shall pay the remaining $2000 to the Clerk of the Court in satisfaction of the sanctions against Plaintiff, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated August 4, 2014, that judgment of $14,572.78, equal to $16,572.78 minus $2000, is entered in favor of Plaintiff against Defendant, it si further ordered that, no later than August 25, 2014, Defendant shall pay the reaming $2000, to the Clerk of the Court in satisfaction of the sanctions against Plaintiff.

**Dated:** New York, New York
August 6, 2014

BY: RUBY J. KRAJICK
Clerk of Court

Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____