**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

November 25, 2014

**Via Email: sullivannysdchambers@nysd.uscourts.gov**
The Honorable Richard J. Sullivan, U.S.D.J.
Thurgood Marshall
United States Courthouse, Room 905
40 Foley Square
New York, New York 10007

          Re:    Azkour v. Little Rest Twelve, Inc., et al.
                Index No. 10 Civ. 4132 (RJS)(KNF)

Dear Judge Sullivan,

      As Your Honor knows, we are counsel to defendants in the above-captioned matter.

      We write to respond to plaintiff's November 17, 2014 letter to the Court concerning Mr. Azkour's complaint that he apparently was not permitted to speak with jurors at the conclusion of his trial on July 22, 2014.

      Contrary to Mr. Azkour's claims, the record in this matter confirms that the jurors were indeed polled after they rendered their verdict.

      As to the balance of Mr. Azkour's contentions, we see no reason to reply to his *ad hominem* and entirely unfair complaints about the way the trial was administered by the Court and Mr. Seigel.

                                          Respectfully submitted,

                                          Andrew S. Hoffmann

cc:    Hicham Azkour