# HOFFMANN & ASSOCIATES
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

November 25, 2014

**Via Email: sullivannysdchambers@nysd.uscourts.gov**
The Honorable Richard J. Sullivan, U.S.D.J.
Thurgood Marshall
United States Courthouse, Room 905
40 Foley Square
New York, New York 10007

        Re: Azkour v. Little Rest Twelve, Inc., et al.
           Index No. 10 Civ. 4132 (RJS)(KNF)

Dear Judge Sullivan,

  As Your Honor knows, we are counsel to defendants in the above-captioned matter.

  We write to respond to plaintiff's November 18, 2014 letter to the Court which concerns his November 3, 2014 letter to the Court concerning the current status of defendant's operations in New York.

  Mr. Azkour does not dispute and in fact concedes that Ajna Restaurant permanently closed on March 15, 2013. Contrary to his contentions, this is the *only* fact relevant to the present litigation because, under applicable law, once the restaurant closed plaintiff's entitlement to back pay extinguished as there was no job for him to go back to.

  Defendants see no reason to respond to the balance of Mr. Azkour's irrelevant and *ad hominem* assertions.

           Respectfully submitted,

           Andrew S. Hoffmann

cc: Hicham Azkour