**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

March 26, 2015

**Via Email: sullivannysdchambers@nysd.uscourts.gov**
The Honorable Richard J. Sullivan, U.S.D.J.
Thurgood Marshall
United States Courthouse, Room 905
40 Foley Square
New York, New York 10007

                                Re:    Azkour v. Little Rest Twelve, Inc., et al.
                                         Index No. 10 Civ. 4132 (RJS)(KNF)

Dear Judge Sullivan,

       As Your Honor knows, we are counsel to defendants in the above-captioned matter.

       Following the Writ of Execution (in the amount of $20,128.32) issued by the Court on March 16, 2015 in favor of plaintiff in this matter, defendant submitted a proposed Order to the Judgments Clerk requesting that in lieu of posting an appeal bond defendant be allowed to deposit 111% ($22,343.00) of the judgment amount in the Court Registry. A copy of the proposed Order is enclosed for your reference. We have already obtained the above-referenced funds from our client and the full amount is currently in our account pending the Court's Order.

       Plaintiff has been informed of these facts and yet he continues to write harassing letters to our client's corporate counsel and to take other steps, including making numerous frivolous motions, to attempt to collect the judgment. We have advised plaintiff on numerous occasions that defendant intends to pay the full amount of the judgment by depositing it in the Court Registry yet he continues to engage in these frivolous and harassing activities. Based on the above, we respectfully ask the Court to direct plaintiff to cease communicating with defendant's corporate counsel and otherwise taking steps to collect the judgment entered herein pending resolution of his appeal.

                                                                             Respectfully submitted,

                                                                             Andrew S. Hoffmann

cc:      Hicham Azkour